## UNITED STATES BANKRUPTCY COURT

### Western District of Kentucky

| | |
|---|---|
| IN RE:<br>Shannon M Reinhardt | Case No.:12–35359–thf |
| Debtor(s) | Chapter: 13 |
| S.S.#:xxx–xx–7743 | |

## NOTICE OF DISMISSAL

You are hereby notified that an Order Dismissing the above case was entered 10/24/13. The Court's Order Dismissing is available electronically or may be a docketing event only.

Order of the Court, from hearing held on October 23, 2013, DISMISSING Case for debtors failure to show cause why case should not be dismissed for failure to make plan payments in accordance with the Order of Confirmation, so ORDERED by /s/ Judge Fulton. CASE DISMISSED. (Gudgel, A).

Note: If this case was dismissed for failure to pay Court's filing fee, no further applications by the debtor(s) to pay filing fee in installments will be considered by the Court.

Dated: 10/24/13

| | FOR THE COURT |
|---|---|
| By: ame | Diane S. Robl |
| Deputy Clerk | Clerk, U.S. Bankruptcy Court |

United States Bankruptcy Court
Western District of Kentucky

In re:                                                                  Case No. 12-35359-thf
Shannon M Reinhardt                                                     Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0644-3            User: agudgel              Page 1 of 2              Date Rcvd: Oct 24, 2013
                                Form ID: 219               Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 26, 2013.
```
jdb          #+Shannon M Reinhardt,    179 Tanyard Park Place, #172,    Louisville, KY 40229-4242
5107848       +Capital One/Best Buy,    Acct No 6814,    26525 N Riverwoods Blvd,    Mettawa IL 60045-3438
5107850       +Convergent Outsourcing, Inc,    Acct No 8472,    800 SW 39th Street,    P.O. Box 9004,
                Renton WA 98057-9004
5107854        Jewish Physician Group,    Acct No 8215,    P.O. Box 70345,    Louisville KY 40270-0345
5216296       +Jewish Physicians Group,    6801 Dixie Hwy., Suite 135,    Louisville KY 40258-3952
5107855       +Mason Easy Pay,    Acct No 3355,    P.O. Box 2808,    Monroe WI 53566-8008
5107856       +Nextel,    Acct No 5709,    c/o Allied Interstate, LLC,    3000 Corporate Exchange,
                Columbus OH 43231-7689
5107857       +Personal Finance Co,    Acct No 4001,    4642 Dixie Hwy,    Louisville KY 40216-2692
5107858       +Physicians in Emergency Medicine,    5454 Newcut Rd.,    Suite 5,    Louisville KY 40214-4271
5107860       +Tracey Whitehouse,    401 Sunshine Camp Road,    Shepherdsville KY 40165-7666
5107861       +Turner, Coombs & Malone, PLLC,    Acct No 4001,    440 South Seventh Street, Suite 300,
                Louisville KY 40203-1967
5107862       +Tyson, Schwab, Short & Weiss,    222 Building,    222 S. First Street,    Suite 600,
                Louisville KY 40202-5303
5107863       +U of L Hospital,    P.O. Box 70115,    Louisville KY 40270-0115
5107864       +Webbnk/Fingerhut,    Acct No 0773,    6250 Ridgewood Road,    Saint Cloud MN 56303-0820
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           +E-mail/Text: akellow@jeffersoncountyclerk.org Oct 24 2013 19:16:11
                Jefferson County Attorney Office,    Fiscal Court Bldg.,    531 Court Place, Ste. 900,
                Louisville, Ky 40202-3315
cr            +EDI: BASSASSOC.COM Oct 24 2013 19:08:00      Capital One, N.A.,    Bass * Associates, P.C.,
                3936 E. Ft. Lowell Road, Suite #200,    Tucson, AZ 85712-1083
5107846       +EDI: GMACFS.COM Oct 24 2013 19:08:00      Ally Financial,    Acct No 1629,    200 Renaissance Ctr,
                Detroit MI 48243-1300
5136461       +EDI: GMACFS.COM Oct 24 2013 19:08:00      Ally Financial Inc.,    c/o Ally Servicing LLC,
                P.O. Box 130424,    Roseville, MN 55113-0004
5107847        EDI: CAPITALONE.COM Oct 24 2013 19:08:00      Capital One Bank,    Acct No 0407,    P.O. Box 85520,
                Richmond VA 23285
5197193       +EDI: BASSASSOC.COM Oct 24 2013 19:08:00      Capital One, N.A.,    Bass & Associates, P.C.,
                3936 E. Ft. Lowell Road, Suite #200,    Tucson, AZ 85712-1083
5107849       +E-mail/Text: reception@cashtyme.org Oct 24 2013 19:15:44      Cash Tyme,    11340 Preston Highway,
                Louisville KY 40229-2864
5107850       +EDI: CONVERGENT.COM Oct 24 2013 19:08:00      Convergent Outsourcing, Inc,    Acct No 8472,
                800 SW 39th Street,    P.O. Box 9004,    Renton WA 98057-9004
5107851       +EDI: RCSFNBMARIN.COM Oct 24 2013 19:08:00      Credit One Bank,    Acct No 8472,    P.O. Box 98875,
                Las Vegas NV 89193-8875
5107852       +EDI: HFC.COM Oct 24 2013 19:08:00      HSBC Bank,    Acct No 7770,    P.O. Box 5253,
                Carol Stream IL 60197-5253
5107853       +E-mail/Text: dl-ral-collectionshelpdesk2@twcable.com Oct 24 2013 19:16:51
                Insight Communications,    Acct No 7003,    4701 Commerce Crossing,    Louisville KY 40229-2167
5192628        EDI: RESURGENT.COM Oct 24 2013 19:08:00      LVNV Funding, LLC its successors and assigns as,
                assignee of FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
5180868        EDI: PRA.COM Oct 24 2013 19:08:00      Portfolio Recovery Associates, LLC,    POB 12914,
                Norfolk VA 23541
5107859       +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Oct 24 2013 19:19:17      Regional Acceptance,
                1424 E. Fire Tower R,    Greenville NC 27858-4105
5151240        E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Oct 24 2013 19:19:17      Regional Acceptance Corporation,
                PO Box 1847,    Wilson, NC 27894-1847
                                                                                              TOTAL: 15
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2013                             Signature:   /s/Joseph Speetjens

```
District/off: 0644-3          User: agudgel              Page 2 of 2              Date Rcvd: Oct 24, 2013
                              Form ID: 219               Total Noticed: 28
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 24, 2013 at the address(es) listed below:
              Joseph J. Golden    ustpregion08.lo.ecf@usdoj.gov
              Julie Ann O'Bryan    on behalf of Joint Debtor Shannon M Reinhardt rebecca@obryanlawoffices.com,
               beth@obryanlawoffices.com,brittany@obryanlawoffices.com,vanessa@obryanlawoffices.com,
               danielle@obryanlawoffices.com,obryanlawecf@gmail.com,amy@obryanlawoffices.com,
               samantha@obryanlawoffices.com
              Patti H. Bass    on behalf of Creditor   Capital One, N.A. ecf@bass-associates.com
              William W. Lawrence -13    ECF@louchapter13.com,
               ecfdocs@anderson-associates.net;ecf.bk.westky@gmail.com
              William W. Lawrence -13D    on behalf of Trustee William W. Lawrence -13 ECF@louchapter13.com
                                                                                             TOTAL: 5
```